December 22, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

ONE THOUSAND SIX HUNDRED FOUR DOLLARS & NINE CENTS
($1,604.09) IN U.S. CURRENCY, Appellant

NO. 14-14-00904-CV                          V.

THE STATE OF TEXAS, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, The State of Texas, signed July 28, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for further proceedings.

We further order that all costs incurred by reason of this appeal be paid by appellee, The State of Texas.

We further order this decision certified below for observance.